LH/2020R00949

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Crim. No.  22-cr-205-KMW |
| v. | 18 U.S.C. 844(i) |
| DWAYNE A. VANDERGRIFT, JR. | |

## INFORMATION

The defendant, having waived in open court prosecution by indictment, the United States Attorney for the District of New Jersey charges:

On or about August 26, 2020, in Camden County, in the District of New Jersey and elsewhere, the defendant,

## DWAYNE A. VANDERGRIFT, JR.

maliciously damaged and destroyed, and attempted to damage and destroy, by means of fire and an explosive, a building used in interstate commerce and in any activity affecting interstate commerce, specifically the GCity Crossfit located at 514 South Broadway, in Gloucester City, New Jersey.

In violation of Title 18, United States Code, Section 844(i).

_____
PHILIP R. SELLINGER
United States Attorney

CASE NUMBER:  22-cr-205-KMW

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

### UNITED STATES OF AMERICA

v.

### DWAYNE A. VANDERGRIFT, JR.

# INFORMATION FOR

## 18 U.S.C. § 844(i)

### PHILIP R. SELLINGER
*U.S. ATTORNEY*
*NEWARK, NEW JERSEY*

### LINDSEY HARTEIS
*ASSISTANT U.S. ATTORNEY*
*CAMDEN, NEW JERSEY*
*856-757-5121*